IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

LARRY L. THOMAS, JR.,                        *

               Plaintiff,                   *

v.                                                         Case No. 7:25-cv-130 (WLS)

                                *

JUDGE JAMES L. PRINE, et al.,

                                *

               Defendants.

_____                   *

## **J U D G M E N T**

Pursuant to this Court's Order dated June 11, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 11th day of June, 2026.

David W. Bunt, Clerk

s/ Katie Logsdon, Deputy Clerk